UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE LAMBERT, III : | |
|     Petitioner : | |
| : | |
| v. : | CIVIL NO. 1:11-CV-2062 |
| : | |
| KEVIN HORAN and JON D. FISHER, : | |
|     Respondents : | |

*O R D E R*

AND NOW, this 17h day of February, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 5), filed November 22, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report is adopted.

2. Petitioner's petition for a writ of habeas corpus is dismissed.

3. The Clerk of Court shall close this file.

        /s/ William W. Caldwell
        William W. Caldwell
        United States District Judge